United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:21-CR-401-1 |
| § | |
| ERIKA ALIYAH ESTRADA § | |
| § | |
| Defendant. § | |

### MEMORANDUM OPINION AND ORDER REINSTATING BOND

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on April 27, 2021. A petition for action on pretrial release was filed on May 19, 2021 with the Court alleging that Defendant violated condition 7(m) of her bond conditions ordering that Defendant not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner. The specific allegations are listed in the petition. (D.E. 17). The Defendant did not contest the allegation at today's hearing.

The Court **FINDS** in this case that there is clear and convincing evidence that the Defendant has violated the condition of release. The Court further **FINDS** that Defendant is likely to abide by the conditions or combination of conditions of release and should be re-released on bond.

The Court imposes the following modifications to Defendant Estrada's bond requirements:

(1) Defendant will be required to have a third-party custodian that is approved by U.S. Probation prior to her release;
(2) Defendant's residence must be approved by U.S. Probation prior to her release;
(3) Defendant will be required to attend inpatient or outpatient substance abuse treatment as directed by U.S. Probation;
(4) Home Detention.  Defendant is restricted to her residence at all times except for employment, education, religious services, medical/substance abuse/mental heath treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the U.S. Probation Office; and
(5) Submit to location monitoring (RF or GPS) as directed by the U.S. Probation Office.  Defendant must pay some or all of the costs of the monitoring based on her ability to pay as determined by U.S. Probation.

All other conditions of bond remain the same.

ORDERED on June 17, 2021.

_____
Julie K. Hampton
United States Magistrate Judge